IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**DAVID RODNEY LANDS,**

      **Plaintiff,**

**v.**                                                       Case No.:  2:18-cv-249
                                                                         JUDGE GEORGE C. SMITH
                                                                         Magistrate Judge Jolson

**COMMISSIONER OF SOCIAL SECURITY,**

      **Defendant.**

## ORDER

This case is before the Court to consider the *Report and Recommendation* issued by the Magistrate Judge on November 26, 2018, recommending that the Court reverse the Commissioner of Social Security's non-disability finding and remand this case to the Commissioner and the ALJ pursuant to Sentence Four of § 405(g).  (Doc. 11).  The time for filing objections to the *Report and Recommendation* has passed, and no objections have been filed to the *Report and Recommendation*.  Therefore, the Court **ADOPTS AND AFFIRMS** the *Report and Recommendation*.  The Commissioner of Social Security's nondisability finding is hereby **REVERSED** and this case is **REMANDED** to the Commissioner and ALJ pursuant to Sentence Four of § 405(g).

The Clerk shall remove Document 11 from the Court's pending motions list, enter judgment and remand this case.

      **IT IS SO ORDERED.**

                                                          */s/ George C. Smith*
                                                         **GEORGE C. SMITH, JUDGE**
                                                         **UNITED STATES DISTRICT COURT**